John R. Armstrong, Bar No. 183912
Horwitz, Cron & Armstrong, LLP
26475 Rancho Parkway South
Lake Forest, CA 92630
Tel: (949) 540-6540/Fax: (949) 540-6583
jarmstrong@hcalaw.biz
Attorneys for plaintiff,
FITT Highway Products, Inc.,
f.k.a. Who's Your Daddy, Inc., a
California corporation

U.S. District Court

Southern District of California

| FITT Highway Products, Inc., formerly known as Who's Your Daddy, Inc., a Nevada corporation doing business in California,<br><br>Plaintiff,<br><br>vs.<br><br>Sacks Motorsports, Inc., a Florida corporation; Does 1-10, inclusive,<br><br>Defendants | Case No.: 3:11-cv-02662<br><br>Assigned to: Hon. Janis L. Sammartino<br><br>**Plaintiff's Request for Voluntary Dismissal of Entire Action**<br><br>**[FRCP 41(a)]** |
|---|---|

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff FITT Highway Products, Inc. hereby requests under Federal Rule of Civil Procedure 41(a) that this entire action be dismissed; defendant Sacks Motorsports, Inc. has

performed fully performed its obligations under the parties' settlement agreement, including the authorization of the filing of Satisfactions of Judgment on defendant's federal judgment entered in the Middle District of Florida, Orlando Division, which Judgment was domesticated in this Court, the U.S. Southern District of California, in the case related to this action.

Given that the relief plaintiff sought in its Complaint was a judicial declaration that defendant's Judgment was satisfied, given that defendant Sacks Motorsports, Inc. has so acknowledged its Judgment was satisfied, given that defendant has authorized that such acknowledgements be filed with the respective courts in which defendant's Judgment was filed, and given that such acknowledgements have been so filed, plaintiff's claims are now moot.

Accordingly, plaintiff respectfully requests that this entire action be dismissed, or that this Court enter an Order dismissing this action.

Dated: May 18, 2012

/s John Armstrong
John Armstrong, Attorneys for plaintiff,
FITT Highway Products, Inc., formerly known as Who's Your Daddy, Inc., a Nevada corporation operating in California

## PROOF OF SERVICE

1.  I, John Armstrong, am a partner with Horwitz, Cron & Armstrong, LLP, attorneys of record for plaintiff, FITT Highway Products, Inc.

2.  I am an admitted member of the bar of this court, the U.S. Southern District of and for the State of California.

3.  My business address is 26475 Rancho Parkway South, Lake Forest, California 92653.

4.  On May 18, 2012, I deposited the above Request for Dismissal of Entire Action under Federal Rule of Civil Procedure 41(a), at my office's location for sending out U.S. Mail, which mail regularly goes no later than the next business day from such deposit. The envelope had proper postage, and contained the following addressee

      Greg Sacks, President
      Sacks Motorsports, Inc.
      6092 Sabal Creek Boulevard
      Port Orange, Florida 32128

5.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this Proof of Service at my office May 18, 2012, at Lake Forest, Orange County, California.

                By: <u>/s/ John R. Armstrong</u>
                        Declarant