# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITT HIGHWAY PRODUCTS, INC., <br><br> Plaintiff, <br> vs. <br><br> SACKS MOTORSPORTS, INC.; DOES 1-10, inclusive, <br><br> Defendants. | CASE No. 11-CV-2662 JLS (RBB) <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL** <br><br> (ECF No. 20) |

Presently before the Court is Plaintiff's Request for Voluntary Dismissal of Entire Action (ECF No. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Having satisfied that requirement, this case is dismissed. The Clerk shall close the file.

**IT IS SO ORDERED**.

DATED: May 21, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge